IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

LORI LAND-STOTTLEMYRE,            )
                                  )
            Plaintiff,            )
                                  )
vs.                               )    Case No. 16-6032-CV-SJ-ODS
                                  )
DR. FADARE, et al.,               )
                                  )
            Defendants.           )

ORDER DENYING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

Pending before the Court is Plaintiff's Motion for Temporary Restraining Order. Doc. #2. Therein, Plaintiff asserts Defendants force her to take medicine and violate her religious beliefs by doing so. The Court denies Plaintiff's Motion for Temporary Restraining Order for failure to comply with Federal Rule of Civil Procedure 65. Specifically, Plaintiff has not submitted an affidavit or a verified complaint demonstrating "immediate and irreparable injury, loss, or damage will result to" Plaintiff. Fed. Rule Civ. Pro. 65(b)(1)(A). Additionally, Plaintiff has not "certifie[d] in writing any efforts made to give notice [to Defendants] and the reasons why it should not be required." *Id.* at 65(b)(1)(B). After complying with Rule 65, the Court will permit Plaintiff to reapply for a Temporary Restraining Order.

IT IS SO ORDERED.

                                        /s/ Ortrie D. Smith
                                        ORTRIE D. SMITH, SENIOR JUDGE
DATE: March 23, 2016                    UNITED STATES DISTRICT COURT